WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**MAY - 9 2012**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 12-0135-S BLW** |
| Plaintiff, | INDICTMENT |
| | 21 U.S.C. § 846 |
| vs. | 21 U.S.C. § 853(a)(1) and (2) |
| | 21 U.S.C. § 863 |
| ADAM SCHREINER, | 21 U.S.C. § 863(c) |
| | 21 U.S.C. § 881(a)(3)(6) and (10) |
| Defendant. | 28 U.S.C. § 2461(c) |
| | |
| | *(FILED UNDER SEAL)* |

The Grand Jury charges:

Introduction

At all times relevant to this indictment:

1.      The defendant, ADAM SCHREINER, is the owner and operator of Bernen's Pipe

Shop, which is commonly referred to as a "head shop" – a business engaged in the unlawful sale

of drug paraphernalia to drug users and drug traffickers.  Bernen's Pipe Shop is located at 2232

West Main Street, Boise, Idaho.

INDICTMENT - 1

2.      Items of drug paraphernalia were typically sold by the defendant and his employees under the guise of "tobacco products," or with claims of other "legitimate" uses.  This drug paraphernalia included glass, metal and wooden pipes; water pipes; bubblers; one hitters; bongs; grinders; dugouts; and vaporizers.

3.      The defendant referred to many items of this drug paraphernalia as "smoking accessories," to be used only to smoke tobacco.  However, virtually all of the smoking devices sold by the defendant are commonly used to ingest marijuana, hashish, and/or other illegal drugs – not tobacco.

4.      Drug paraphernalia, as defined in Title 21, United States Code, Section 863(d), means any equipment, product, or material of any kind which is primarily intended or designed for use in manufacturing, compounding, converting, concealing, producing, processing, preparing, injecting, ingesting, inhaling, or otherwise introducing marijuana, hashish, hashish oil, cocaine, PCP, methamphetamine, or amphetamines into the human body, such as: metal, wooden, acrylic, glass, stone, plastic or ceramic pipes with or without screens, permanent screens, hashish heads, or punctured metal bowls; water pipes, carburetion tubes and devices, smoking and carburetion masks, roach clips: meaning objects used to hold burning material, such as a marijuana cigarette that has become too small or too short to be held in the hand; miniature spoons with level capacities of one-tenth cubic centimeter or less; chamber pipes; carburetor pipes; electric pipes; air-driven pipes; chillums; bongs; ice pipes or chillers; wired cigarette papers; or cocaine freebase kits. *See* 21 U.S.C. § 863(d).

5.      Drug paraphernalia comes in many shapes, sizes and designs.  Various terms identify different kinds of paraphernalia, a few of which include the following: "bong" is a sealed chamber partially filled with water, which is used to smoke marijuana.  Smoke from the burning

*INDICTMENT - 2*

marijuana enters the water chamber, where it is cooled and forced deeply into the lungs by increasing and decreasing the air pressure in the bong. "Water pipes" are used to draw marijuana smoke through water before reaching the lungs. "Grinders" are used to prepare methamphetamine, cocaine, marijuana and other drugs for use. "Dugouts" are small portable one-hit smoking instruments that also contain a small container inside to store marijuana and other drugs.

## COUNT ONE

### Conspiracy to Sell, Offer for Sale, and Transport Drug Paraphernalia
### 21 U.S.C. §§ 846, 863

Beginning on an unknown date, but existing at least between January 2012 and the date of this Indictment, in the District of Idaho and elsewhere, the defendant, ADAM SCHREINER, did combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to sell, offer for sale, and transport drug paraphernalia, as drug paraphernalia is defined in Title 21, United States Code, Section 863(d), in violation of Title 21, United States Code, Sections 863(a)(1) and 863(a)(2).

In furtherance of this conspiracy, the defendant and his co-conspirators committed acts, including but not limited to the acts set forth in this Indictment, and the following:

On or about January 18, 2012, in the District of Idaho, the defendant, ADAM SCHREINER, sold drug paraphernalia, as drug paraphernalia is defined in Title 21, United States Code, Section 863(d), that is: one Rasta colored pipe and one brown colored pipe bearing Bob Marley's image, to an undercover law enforcement officer.

All in violation of Title 21, United States Code, Section 846.

*INDICTMENT - 3*

## COUNT TWO

### Offer Drug Paraphernalia for Sale
### 21 U.S.C. § 863

Beginning on an unknown date, but existing at least between January 2012 and the date of this Indictment, in the District of Idaho, the defendant, ADAM SCHREINER, did offer drug paraphernalia for sale, as drug paraphernalia is defined in Title 21, United States Code, Section 863(d); all in violation of Title 21, United States Code, Sections 863(a)(1) and 863(d).

## COUNT THREE

### Sale of Drug Paraphernalia
### 21 U.S.C. § 863(a)(1)

On or about January 18, 2012, in the District of Idaho, the defendant, ADAM SCHREINER, sold drug paraphernalia, as drug paraphernalia is defined in Title 21, United States Code, Section 863(d), that is: one Rasta colored pipe and one brown colored pipe bearing Bob Marley's image, to an undercover law enforcement officer; all in violation of Title 21, United States Code, Section 863(a)(1) and (b).

## CRIMINAL FORFEITURE ALLEGATION

### Forfeiture of Drug Paraphernalia and Proceeds
### 21 U.S.C. §§ 853(a)(1) and (2), 863(c), and 881(a)(3), (6) and (10); 28 U.S.C. § 2461(c)

1.    As a result of violations charged in this Indictment, the defendant, ADAM SCHREINER, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853, 863, 881, and Title 28, United States Code, Section 2461, any and all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations; and any drug paraphernalia, including any drug paraphernalia involved in such violations.

*INDICTMENT - 4*

2.      If any of the property described above, as a result of any act or omission of the

defendant:

      a.      Cannot be located upon the exercise of due diligence;

      b.      Has been transferred or sold to, or deposited with, a third party;

      c.      Has been placed beyond the jurisdiction of the court;

      d.      Has been substantially diminished in value; or

      e.      Has been commingled with other property which cannot be divided

           without difficulty,

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the above

forfeitable property listed above.  All in violation of Title 21, United States Code, Sections 853,

863, 881, and Title 28, United States Code, Section 2461.

DATED this _____9ᵗʰ_____ day of May, 2012.

                     A TRUE BILL,

                     /s/ [signature on reverse]
                     Foreperson

WENDY J. OLSON
United States Attorney
By:

_____
Christian S. Nafzger
Assistant United States Attorney

*INDICTMENT - 5*