UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ADAM SCHREINER,<br><br>          Defendant. | Case No. 1:12-cr-00135-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Continue Trial (Dkt. 13). Defense counsel explains that he needs additional time to investigate the charges in the Indictment and prepare for trial. The Government does not oppose the motion.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

Defendant suggests she needs an additional 90 days. However, the Court finds that

a 60 TO 70-day continuance is more appropriate. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 13) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **September 10,  2012 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **August 29, 2012 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **August 13, 2012**.

DATED:  **June 11, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge